```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 06539
   VANESSA R SIMPSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9497

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/19/2008 and was confirmed 05/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  58.00%.

     The case was dismissed after confirmation 01/12/2009.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID            PAID
-------------------------------------------------------------------------------
RENT WAY CENTER              SECURED          2453.23       44.16          410.75
SERVICE FINANCIAL ACCEPT  SECURED VEHIC      17727.00         .00         2954.49
AIS SERVICES LLC             UNSECURED         700.00         .00             .00
ECMC                         UNSECURED        4044.92         .00             .00
CITIBANK NA                  UNSECURED        3742.46         .00             .00
ECMC                         UNSECURED        3500.00         .00             .00
CITIBANK NA                  UNSECURED        2300.41         .00             .00
CITIBANK NA                  UNSECURED        1081.15         .00             .00
CONSUMER PORTFOLIO SERV   FILED LATE             .00          .00             .00
CORTRUST BANK                UNSECURED         500.14         .00             .00
CREDIT MANAGEMENT INC        UNSECURED      NOT FILED         .00             .00
DEPENDON COLLECTION          UNSECURED      NOT FILED         .00             .00
EMA RECOVERY                 UNSECURED          91.95         .00             .00
VATIV RECOVERY SOLUTIONS  UNSECURED            616.71         .00             .00
FIRST CONSUMERS NATIONAL  UNSECURED         NOT FILED         .00             .00
GATEWAY FINANCIAL            UNSECURED        9849.98         .00             .00
CHECK N GO                   UNSECURED      NOT FILED         .00             .00
MIDWEST CREDIT               UNSECURED      NOT FILED         .00             .00
MRSI                         UNSECURED      NOT FILED         .00             .00
ACCOUNTS RECOVERY BUREAU  UNSECURED         NOT FILED         .00             .00
EDUCATIONAL CREDIT CORP      UNSECURED       20134.09         .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            1483.81        .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED             639.79        .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED             673.40        .00             .00
VERIZON WIRELESS             UNSECURED         696.24         .00             .00
WAYNE MAR APARTMENTS         NOTICE ONLY   NOT FILED          .00             .00
SERVICE FINANCIAL ACCEPT  UNSECURED             417.96        .00             .00
MIDLAND CREDIT MANAGEMEN  UNSECURED             278.99        .00             .00
ERNESTO D BORGES JR          DEBTOR ATTY    3,200.00                      1,682.79
TOM VAUGHN                   TRUSTEE                                        442.81
DEBTOR REFUND                REFUND                                            .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 06539 VANESSA R SIMPSON
```

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    5,535.00

PRIORITY                                                  .00
SECURED                                              3,365.24
    INTEREST                                            44.16
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,682.79
TRUSTEE COMPENSATION                                   442.81
DEBTOR REFUND                                             .00
                         ---------------      ---------------
TOTALS                     5,535.00                 5,535.00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
      Dated: 03/05/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE